THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 1, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
Dexter L. Wilson,
     Debtor.

Chapter 13
Case No. 13-25591-svk

**ORDER ON MOTION TO PARTICPATE IN
MORTGAGE MODIFICATION MEDIATION PROGRAM
WITH U.S. BANK, NATIONAL ASSOCIATION WITHOUT PREJUDICE**

    The above-named Debtor filed a Motion to participate in the Court's Mortgage Modification Mediation Program with U.S. Bank, National Association. (the "Creditor"). The Court has reviewed the Creditor's objection to participate in the MMM Program.

    IT IS THEREFORE ORDERED: the Debtor's Motion is denied, without prejudice to being renewed if the Debtor is unable to navigate the Creditor's internal modification program without undue burden, inconvenience and expense; and

    IT IS THEREFORE ORDERED: with respect to the Creditor's request for approval of its attorneys' fees, no attorneys' fees are awarded; and

    IT IS FURTHER ORDERED: on or before July 22, 2013, the Debtor must file either a Modified Chapter 13 Plan or a Motion for extension of time to file the plan, stating good cause for the extension.

#####